Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, #300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Lei Ni

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Lei Ni | ) Case No. C 07-00682 PJH |
| Plaintiff, | ) |
| v. | ) |
| **Michael Chertoff**, Secretary of the Department of Homeland Security; | ) **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; | ) |
| **David Still**, San Francisco District Director, United States Citizenship and Immigration Services; | ) |
| **Robert S. Mueller III**, Director of the Federal Bureau of Investigation | ) |
| Defendants | ) |

Plaintiff, by and through his attorney of record, voluntarily dismisses the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has granted Plaintiff's I-485, *Application to Register Permanent Residence or to Adjust Status.*

///

///

///

Case No. C 07-00682 PJH                     1
Notice of Voluntary Dismissal

1  DATED: March 14, 2007

2                                          Respectfully Submitted,

3

4                                          _____/s/_____
                                           Justin Fok, CSBN: 242272
5                                          Attorney for Plaintiff

